AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TRAVELERS CASUALTY AND SURETY COMPANY,

*Plaintiff*

v.

WASHINGTON TRUST BANK,

*Defendant*

Civil Action No. CV-13-409-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Notice and Stipulation of Dismissal with Prejudice ECF No. (201) is GRANTED. The Second Amended Complaint and the claims therein are dismissed with prejudice and without costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush   on a stipulation for Dismissal ECF No. (201).

Date:  January 20, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer